IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00216-PSF-CBS

DRY CLEANING TO-YOUR-DOOR, INC., d/b/a Dry Cleaning To-Your-Door,

    Plaintiff,

v.

WALTHAM LIMITED LIABILITY COMPANY;
JEFFREY A. LATHAM; and
JULIE W. LATHAM,

    Defendants.

## ORDER SETTING LAW AND MOTION HEARING

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Wednesday, April 18, 2007, at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Counsel shall *bring their calendars*.  The parties shall be prepared to address the setting of a hearing on Plaintiff's Motion for Preliminary Injunction (Dkt. # 5), including the length of such hearing.

Counsel may appear at this hearing by telephone.  To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

IT IS FURTHER ORDERED that the preliminary injunction hearing currently set for April 23, 2007 at 8:30 a.m. is VACATED.

Dated this 28TH day of March, 2007

**BY THE COURT*:**

*/s/ Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge

*Due to Judge Figa's temporary absence, this Order is issued by the undersigned.